**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of North Carolina
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Aldrich Pump LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Aldrich Pump LLC, a Texas limited liability company

3. **Debtor's federal Employer Identification Number (EIN)**

   85 - 1 1 0 2 2 9 0

4. **Debtor's address**

   **Principal place of business**

   800-E Beaty Street
   Number    Street

   Davidson    NC    28036
   City    State    ZIP Code

   Mecklenburg
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

   http://www.kccllc.net/aldrich

Debtor   Aldrich Pump LLC                                    Case number (if known)_____
         Name

| 6. Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _5_ _5_ _1_ _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No

   ☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

           District _____  When _____  Case number _____
                                            MM / DD / YYYY

Debtor   Aldrich Pump LLC   Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.  Debtor Murray Boiler LLC   Relationship Affiliate
        District Western District of North Carolina   When Date Hereof
        MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number   Street

_____
City                                State ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
■ 50,001-100,000
☐ More than 100,000

Debtor  **Aldrich Pump LLC**                                Case number (if known) _____
        Name

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ■ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ■ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2020
            MM / DD / YYYY

✗ /s/ Allan Tananbaum                          Allan Tananbaum
Signature of authorized representative of debtor   Printed name

Title  Chief Legal Officer

### 18. Signature of attorney

✗ /s/ Brad B. Erens                    Date  06/18/2020
Signature of attorney for debtor             MM / DD / YYYY

Brad B. Erens
Printed name

Jones Day
Firm name

77           West Wacker
Number       Street

Chicago                                     IL        60601
City                                        State     ZIP Code

(312) 782-3939                              bberens@jonesday.com
Contact phone                               Email address

06206864                                    IL
Bar number                                  State

# SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (together, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

Aldrich Pump LLC
Murray Boiler LLC

## SECRETARY'S CERTIFICATE

June 17, 2020

Allan Tananbaum, in his capacity as Secretary of Aldrich Pump LLC, a North Carolina limited liability company (the "Company"), hereby certifies that (1) the resolutions attached hereto as Exhibit A (the "Resolutions") are a complete and accurate copy of the resolutions adopted on June 17, 2020 by the board of managers of the Company related to the authorization of the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Western District of North Carolina (the "Chapter 11 Case") and (2) all the Resolutions are in full force and effect and are all the resolutions adopted in connection with the filing of the Chapter 11 Case as of the date hereof.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, the undersigned has executed and delivered this certificate as of the date first written above.

        ALDRICH PUMP LLC,
        a North Carolina limited liability company

        By: */s/ Allan Tananbaum*
            Name: Allan Tananbaum
            Title:  Secretary

**EXHIBIT A**

Resolutions

NAI-1511429622

## MEETING OF BOARD OF MANAGERS

## OF

## ALDRICH PUMP LLC

## June 17, 2020

### Resolutions

**WHEREAS**, the Board of Managers (the "Board") of Aldrich Pump LLC, a North Carolina limited liability company (the "Company"), has: (1) regularly and carefully reviewed the materials and other information presented by the management and the advisors of the Company regarding the Company's asbestos-related liabilities, current and projected financial position and other relevant information; (2) thoroughly evaluated the Company's strategic alternatives, including a possible bankruptcy filing; (3) conferred with the Company's management and advisors regarding these matters; and (4) determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its stakeholders; and

**WHEREAS**, in connection therewith, the Board has selected Ray Pittard, currently Vice President of the Company, to serve as the chief restructuring officer for the Company.

**Chapter 11 Filing**

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company seek relief under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Western District of North Carolina or such other court as any of the managers of the Company, the officers of the Company and their designees (collectively, the "Authorized Persons") may determine to be necessary, desirable or appropriate (the "Bankruptcy Court") and perform any and all such other acts as any Authorized Person may determine to be necessary, desirable or appropriate to effect any of the foregoing, with the filing of such Petition or performance of such other act to be conclusive evidence of such determination;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to: (1) execute, acknowledge, deliver and verify, and cause to be filed with the Bankruptcy Court, the Petition and all other ancillary documents, with each in such form, as any Authorized Person may determine to be necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these resolutions; (2) execute, acknowledge, deliver, verify and file, or cause to be filed, all petitions, schedules, statements, lists, motions, complaints, declarations, applications, notices and other papers or documents, with each in such form, as any Authorized Person may determine to be necessary, desirable or appropriate in connection with the foregoing; and

NAI-1512858170

(3) execute, acknowledge, deliver and verify any and all other documents, with each in such form, as any Authorized Person may determine to be necessary, desirable or appropriate in connection therewith and to administer the Chapter 11 Case; all with the taking of any such action, including any such execution, acknowledgment, delivery, verification or filing, to be conclusive evidence of such determination;

**FURTHER RESOLVED**, that, pursuant to Section 57D-3-22 of the North Carolina Limited Liability Company Act and Section 3.04 of the Operating Agreement of the Company, dated as of May 1, 2020 (the "Operating Agreement"), Ray Pittard be, and he hereby is, appointed to serve as an officer of the Company denominated as the Chief Restructuring Officer (the "CRO"), until his successor as CRO has been duly qualified and appointed or until his earlier death, resignation or removal, with such service to be in addition to his current service as Vice President of the Company; and

**FURTHER RESOLVED**, that the CRO shall: (1) perform such duties as may be prescribed by the Board, under whose supervision he shall be; (2) perform the usual and customary duties that pertain to such office and generally exercise such other powers and duties as the Board may further prescribe from time to time; and (3) generally assist in the administration of the Chapter 11 Case by executing, acknowledging, delivering, verifying and filing, or causing to be filed, such petitions, schedules, statements, lists, motions, complaints, declarations, applications, notices and other papers or documents as he may determine to be necessary, desirable or appropriate in connection with the Chapter 11 Case (with the taking of any such action, including any such execution, acknowledgement, delivery, verification or filing, by the CRO to be conclusive evidence of such determination), except in cases where such action shall be expressly and exclusively delegated by the Board or the Operating Agreement to some other officer or agent of the Company or shall be required by Legal Requirement (as defined in the Operating Agreement) to be otherwise effected.

**Retention of Professionals**

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to retain (1) Jones Day, (2) Rayburn Cooper & Durham, P.A., (3) Bates White, LLC, (4) Evert Weathersby Houff, (5) AlixPartners, LLP, and (6) such additional professionals, including attorneys, accountants, financial advisors, actuaries, consultants or agents (together with the foregoing identified firms, the "Professionals"), as any Authorized Person may determine to be necessary, desirable or appropriate in connection with the Chapter 11 Case and other related matters, and to execute, deliver and perform retention agreements with the Professionals in such form and reflecting such terms as any Authorized Person may approve, all with the retention of any Professional to be conclusive evidence of such determination and approval; and

**FURTHER RESOLVED**, that the law firms of Jones Day and Rayburn Cooper & Durham, P.A. and any additional special or local counsel selected by any Authorized Persons be, and each of them hereby is, authorized, directed and empowered to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against the Company under the Bankruptcy Code, including the Chapter 11 Case.

## General Authority

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to execute and deliver such additional agreements, instruments and documents, and to take such other actions (including the payment of costs and expenses), in the name and on behalf of the Company, in each case, as any Authorized Person may determine to be necessary, desirable or appropriate to implement the purposes and intent of the foregoing resolutions, with the execution and delivery of any such agreement, instrument or document or taking of any such action by any Authorized Person to be conclusive evidence of such determination;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to certify and furnish to any person or entity such copies of the resolutions set forth herein, and to certify to any person or entity that the resolutions set forth herein have been duly adopted by the Board, are in full force and effect and are in conformity with the Articles of Organization and Conversion of the Company and the Operating Agreement, as any Authorized Person may determine to be necessary, desirable or appropriate to implement the purposes and intent of the foregoing resolutions, with the certification and furnishing of such copies or the certification of such matters to be conclusive evidence of such determination; and

**FURTHER RESOLVED**, that, in the event that any Authorized Person determines a specific form of resolutions is necessary or advisable in connection with the implementation of the purposes and intent of the foregoing resolutions, resolutions in such form be, and they hereby are, adopted by the Board as if such resolutions were expressly set forth herein and that any Authorized Person be, and each of them hereby is, authorized and empowered to certify and furnish to any person or entity copies of such resolutions, and to certify to any person or entity that such resolutions have been duly adopted by the Board, are in full force and effect and are in conformity with the Articles of Organization and Conversion of the Company and the Operating Agreement, with the certification and furnishing of such copies or the certification of such matters to be conclusive evidence of such determination.

## Ratification

**RESOLVED**, that all actions taken in the name and on behalf of the Company prior to the adoption of these resolutions that would have been authorized by the foregoing resolutions had they been taken after the adoption of these resolutions be, and each of them hereby is, approved, adopted, ratified and confirmed in all respects.

NAI-1512858170

**Fill in this information to identify the case:**

Debtor name: Aldrich Pump LLC, *et al.*

United States Bankruptcy Court for the Western District of North Carolina

Case Number (if known): _____

☐ Check if this is an amended filing

# Chapter 11 Case:  List of 20 Law Firms With Significant Representations of Asbestos Claimants

Aldrich Pump LLC and Murray Boiler LLC (together, the "Debtors"), each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. The following is a consolidated list of 20 law firms with significant representations of parties with asbestos claims against the Debtors (the "Top Asbestos Counsel List"). The Top Asbestos Counsel List consists of the 20 law firms representing the largest number of claimants in asbestos lawsuits in which the Debtors are defendants according to the Debtors' records. Concurrently with the petitions, the Debtors have filed a motion seeking authority to file this Top Asbestos Counsel List in lieu of lists of the creditors that hold the 20 largest unsecured claims against each Debtor.[1] This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code. The Top Asbestos Counsel List was prepared with information existing as of June 17, 2020. The Debtors reserve the right to amend the Top Asbestos Counsel List based on additional information they may identify. The information contained in the Top Asbestos Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Baron & Budd, PC<br>3102 Oak Lawn Avenue,<br>Suite 1100<br>Dallas, TX 75219 | Attn:  Steve Baron<br>(214) 521-3605<br>sbaron@baronbudd.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 2 | Bevan & Associates, LPA, Inc.<br>6555 Dean Memorial Parkway<br>Boston Heights, OH 44236 | Attn:  Thomas Bevan<br>(330) 650-0088<br>tbevan@bevanlaw.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 3 | Brent Coon & Associates<br>215 Orleans Street<br>Beaumont, TX 77701 | Attn:  Brent W. Coon<br>(409) 835-2666<br>brent@bcoonlaw.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 4 | Cooney & Conway<br>120 N. LaSalle Street,<br>Suite 3000<br>Chicago, IL 60602 | Attn:  John D. Cooney<br>(312) 236-6166<br>jcooney@cooneyconway.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 5 | Early, Lucarelli, Sweeney & Meisenkothen<br>360 Lexington Avenue,<br>20th Floor<br>New York, NY 10017 | Attn:  Brian Early<br>(212) 986-2233<br>bearly@elslaw.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 6 | Goldberg Persky White, P.C.<br>11 Stanwix Street,<br>Suite 1800<br>Pittsburgh, PA 15222 | Attn:  Bruce E. Mattock<br>(412) 471-3980<br>bmattock@gpwlaw.com | Asbestos Personal Injury | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |

---

[1]  This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

Debtor Name: Aldrich Pump LLC, *et al.*                                  Case Number (if known): _____

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Howard & Reed  839 St. Charles Avenue  Suite 306  New Orleans, LA 70130 | Attn: D. Douglas Howard, Jr.  (504) 581-3610  dhoward@howardandreed.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 8 | The Lanier Law Firm, P.C.  10940 W. Sam Houston Pkwy N,  Suite 100  Houston, TX 77064 | Attn: Sam E. Taylor  (713) 659-5200  Sam.Taylor@LanierLawFirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 9 | Law Offices of Peter G. Angelos, P.C.  100 N. Charles Street,  22nd Floor  Baltimore, MD 21201 | Attn: Armand J. Volta, Jr.  (410) 649-2000  avolta@lawpga.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 10 | Motley Rice LLC  28 Bridgeside Blvd.  Mount Pleasant, SC 29464 | Attn: John E. Herrick  (843) 216-9000  jherrick@motleyrice.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 11 | Nix, Patterson, LLP  2900 St. Michael Drive,  Suite 500  Texarkana, TX 75503 | Attn: C. Cary Patterson  (903) 223-3999  ccp@nixlawfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 12 | Provost Umphrey Law Firm, L.L.P.  490 Park Street  Beaumont, TX 77701 | Attn: Bryan O. Blevins, Jr.  (409) 203-5030  bblevins@provostumphrey.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 13 | Reaud, Morgan & Quinn, L.L.P.  801 Laurel Street  Beaumont, TX 77701 | Attn: Glen W. Morgan  (409) 838-1000  gmorgan@rmqlawfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 14 | Simmons Hanly Conroy LLC  One Court Street  Alton, IL 62002 | Attn: Perry J. Browder  (618) 693-3104  pbrowder@simmonsfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 15 | SWMW Law, LLC  701 Market Street,  Suite 1000  St. Louis, MO 63101 | Attn: Ben Schmickle  (314) 480-5180  ben@swmwlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 16 | The Ferraro Law Firm, P.A.  600 Brickell Ave.,  Suite 3800  Miami, FL 33131 | Attn: James L. Ferraro  (305) 375-0111  jlf@ferrarolaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 17 | The Gori Law Firm PC  156 North Main Street  Edwardsville, IL 62025 | Attn: Sara M. Salger  (618) 247-4237  sara@gorilaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 18 | The Law Offices of Peter T. Nicholl  36 South Charles Street  Suite 1700  Baltimore, MD 21201 | Attn: William C. Burgy  (410) 244-7005  wcburgy@nicholllaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 19 | Weitz & Luxenberg, PC  700 Broadway  New York, NY 10003 | Attn: Perry Weitz  (212) 558-5500  pweitz@weitzlux.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

Debtor Name: Aldrich Pump LLC, *et al.*   Case Number (if known): _____

| Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Wilentz, Goldman & Spitzer, P.A.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | Attn: Kevin M. Berry<br>(646) 746-8914<br>kberry@wilentz.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

Modified Official Form 204    Chapter 11 Case: List of 20 Law Firms With Significant Representations of Asbestos Claimants    Page 3

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Aldrich Pump LLC |
| United States Bankruptcy Court for the: | Western District of North Carolina (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration  List of 20 Law Firms With Significant Representations of Asbestos Claimants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2020            ✗ /s/ Allan Tananbaum
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    Allan Tananbaum
                                    Printed name

                                    Chief Legal Officer
                                    Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re<br><br>ALDRICH PUMP LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-_____ (__)<br><br>(Joint Administration Requested) |

## CONSOLIDATED MASTER CREDITORS LIST

The debtor in this chapter 11 case and Murray Boiler LLC (together, the "Debtors"), each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion (the "Motion") requesting, among other things, authority to file a single consolidated list of creditors and other parties in interest (the "Master Creditors List") in lieu of separate lists. Due to its voluminous nature, the Master Creditors List has been filed only with the petition for debtor Aldrich Pump LLC. The Master Creditors List and its related certification are incorporated herein by reference.

The Master Creditors List has been prepared on a consolidated basis from the books and records of the Debtors, and contains only those parties whose names and addresses were maintained in the databases of the Debtors or were otherwise readily ascertainable by the Debtors prior to the commencement of these cases. The Debtors will update the Master Creditors List as more information becomes available.

Pursuant to the Motion, the Debtors are seeking authority to serve all notices, mailings or other documents required to be provided to creditors who are claimants in asbestos-related personal injury lawsuits or other proceedings involving the Debtors (collectively, the "Asbestos Claimants"), on the Asbestos Claimants in care of their counsel at such counsel's address in lieu of service on the individual Asbestos Claimants at their personal addresses. Accordingly, the Master Creditors List includes the addresses of counsel for each of the Asbestos Claimants rather than the addresses of each individual Asbestos Claimant.

Certain of the creditors listed on the Master Creditors List may not hold outstanding claims against either Debtor and therefore may not be creditors in the Debtors' bankruptcy cases. By filing the Master Creditors List, the Debtors are not acknowledging that any listed party is a creditor, nor are they waiving or otherwise affecting their right to object to the extent, validity or enforceability of the claims, if any, held or asserted by the parties listed on the Master Creditors List.

---

[1] The Debtor's last four digits of its taxpayer identification number are 2290. The Debtor's address is 800-E Beaty Street, Davidson, North Carolina 28036.

NAI-1511922276

**Fill in this information to identify the case and this filing:**

Debtor Name  Aldrich Pump LLC

United States Bankruptcy Court for the: Western   District of North Carolina
                                                  (State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration  Consolidated Master Creditors List


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2020        **X** /s/ Allan Tananbaum
             MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                  Allan Tananbaum
                                  Printed name

                                  Chief Legal Officer
                                  Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors