# United States Bankruptcy Administrator
# Western District of North Carolina

402 West Trade Street, Suite 200
Charlotte, NC 28202
Phone: 704-350-7587
Fax: 704-344-6666

| | |
|---|---|
| In re:<br><br>ALDRICH PUMP LLC,[1]<br><br>        Debtor. | )<br>) Case No.:    20-30608<br>)<br>) Chapter 11<br>) |
| In re:<br><br>MURRAY BOILER LLC,[1]<br><br>        Debtor. | )<br>)<br>) Case No.:    20-30609<br>)<br>) Chapter 11<br>) |

**Notice of Solicitation of Parties Interested in Serving
on the Official Committee of Asbestos Claimants**

---

The above-named debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on June 18, 2020. The U.S. Bankruptcy Administrator is tasked with recommending the appointment of an official committee of creditors or claimants. The Debtors' petitions or other sources of information indicate that you may be eligible for appointment to a committee of asbestos claimants in this case.  The committee of asbestos claimants performs a vital role in the chapter 11 case.

If you wish to be considered for membership on a committee of asbestos claimants, please complete the enclosed Questionnaire Form and return it **via email only** to the Office of the Bankruptcy Administrator no later than Friday, June 26, 2020, at 5:00 p.m. (prevailing Eastern time). Please note that U.S. mail and other delivered packages will NOT be accepted due to COVID-19. If you do not wish to serve on an official committee, you do not need to complete the Questionnaire Form.  The Bankruptcy Administrator may request a telephone conference with parties responding with interest in being a member of the Official Committee of Asbestos Claimants.

If you do not respond to this notice and timely return the completed Questionnaire Form, you will not be considered.

Dated: Friday, June 19, 2020          /s/    Shelley K. Abel
                                                        Shelley K. Abel
                                                        United States Bankruptcy Administrator

cc: Debtors' counsel: John R. Miller, Jr., Esq., Phone: 704-334-0891, jmiller@rcdlaw.net

---

[1]      Joint administration has been requested by motion of the Debtors.

**Official Committee Information Sheet**

Purpose of Unsecured Creditors' Committees. To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the Bankruptcy Administrator appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered. The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee.

Powers and Duties of Unsecured Creditors' Committees. Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor. Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization. The Committee may also perform such other services as are in the interests of the unsecured creditors which it represents. Moreover, Federal Rule of Bankruptcy Procedure 2019, as amended, requires each member of an official committee to file a verified statement disclosing its name, its address, and the nature and amount of each "disclosable economic interest"[1] held in relation to the debtor on the date the committee was formed. Rule 2019 also requires the committee to file a verified supplemental statement updating the earlier information (if information previously disclosed has materially changed) when taking a position before the court or soliciting votes on a plan.

Employment of Professionals. Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee. The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present. All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code. Applications for the payment of professional fees will be monitored by the Office of the Bankruptcy Administrator and are subject to the Court's approval. However, the Committee should carefully review all applications and not rely on the Court or the Bankruptcy Administrator to discover and object to unreasonable or unnecessary professional fees or costs.

Other Matters. The Committee should elect a chairperson and may adopt bylaws. As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding. Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding. In the event you are appointed to an official committee of creditors, the Bankruptcy Administrator may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court. By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition. The Bankruptcy Administrator reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the Bankruptcy Administrator believes is proper in the exercise of her discretion. You are hereby notified that the Bankruptcy Administrator may share this information with the Securities and Exchange Commission if deemed appropriate.

---

[1] "Disclosable economic interest" means any claim, interest, pledge, lien, option, participation, derivative instrument, or any other right or derivative right granting the holder an economic interest that is affected by the value, acquisition, or disposition of a claim or interest.

# United States Bankruptcy Administrator
# For the Western District of North Carolina

402 West Trade Street, Suite 200
Charlotte, NC 28202
Phone: 704-350-7587
Fax: 704-344-6666

---

**Questionnaire for the Official Committee of Asbestos Claimants**
**ALDRICH PUMP LLC, Case No. 20-30608 and**
**MURRAY BOILER LLC, Case No. 20-30609**

---

Please complete the following questionnaire, which will be used in determining membership on a committee, and return it to the Office of the Bankruptcy Administrator **by email only**[1]: **Sarah_E_Scholz@ncwba.uscourts.gov** no later than **5:00 p.m.** (prevailing Eastern time) **on Friday, June 26, 2020**.

I am willing to serve on an Asbestos Claimants Committee.        Yes ( )   No ( )

A. Asbestos Claimant's Name and Contact Information:

Name: _____        Phone: _____
Address: _____        Fax: _____
         _____        Email: _____
         _____

B. Counsel (if any) for Claimant and Contact Information:

Name: _____        Phone: _____
Address: _____        Fax: _____
         _____        Email: _____
         _____

C. Amount of Unsecured Claim (U.S. $): _____

D. Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, whether personal injury or property damage, etc., the case number and jurisdiction (if applicable) and the status.

_____
_____
_____

E. Representations:

1. Are you or the company you represent in any way "affiliated" with the debtor within the meaning of 11 U.S.C. § 101(2), a shareholder of, or related to the debtor?  Yes ( )  No ( )  If a shareholder, state the number of shares: _____

---

[1] Questionnaires will not be accepted by U.S. Postal Service, certified mail or other methods of delivery, including Federal Express, UPS, etc., due to COVID-19 and limited office coverage.

2. Do you, or the company you represent, engage in a business which directly or indirectly competes with the business of the debtor? Yes ( )   No ( )

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor? Yes ( )   No ( )   Does your claim arise from this relationship? Yes ( )   No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the dates(s) acquired, the amount paid and the face amount of the claim: _____

5. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( )   No ( )

6. Do you have a claim against any entity affiliated with the debtors? Yes ( ) No ( ) State the name of the entity and the nature and amount of the claims: _____

7. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtors? Yes ( )   No ( )

    a) Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtors? Yes ( )   No ( )
       State a description of the financial arrangement and the amount: _____

8. If you are represented by counsel, does your attorney represent any other parties in these bankruptcy cases? Yes ( )   No ( )   I do not know. ( )

9. If you have given a proxy to a third party either to represent you at the committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

You may attach a written statement to explain or respond to any questions. To the extent applicable, provide any power of attorney authorizing counsel to sign on behalf of a claimant.

Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.

**I certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this Questionnaire, you agree to provide periodic certifications referenced in the Official Committee Information Sheet to the Bankruptcy Administrator if requested.**

Date: _____                    _____
                                Signature

                                _____
                                Printed Name

                                _____
                                Title

*Note: This is not a proof of claim form. Proofs of claim are filed with the Clerk of the Bankruptcy Court.*