

FILED & JUDGMENT ENTERED
Steven T. Salata

June 19 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 20-30608 |
| ALDRICH PUMP LLC, *et al.*,[1] ) | |
| ) | (Joint Administration Requested) |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

**ORDER GRANTING EX PARTE MOTION FOR ADMISSION**
***PRO HAC VICE* OF PHILLIP S. PAVLICK**

THIS MATTER came on before the Court upon the Ex Parte Motion for Admission *Pro Hac Vice* of Phillip S. Pavlick, pursuant to Local Rule 2090-1(c). The Court having considered the request and the representations of Movant, the Court finds that the relief requested should be granted; therefore, it is

ORDERED that Phillip S. Pavlick is authorized to appear as co-counsel on behalf of Trane Technologies Company LLC and Trane U.S. Inc. in the above-captioned proceeding.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

---

[1] The Debtors are the following entities (the last for digits of their respective taxpayer identification numbers follows in parenthesis): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

ME1 33649684v.1