



J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:

ALDRICH PUMP LLC, *et al.*,[1]

Debtors.

) Case No.:    20-30608
) Chapter 11
) (Jointly Administered)

**ORDER APPOINTING THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS**

This matter coming before the Court upon the Motion of the Bankruptcy Administrator to Appoint Official Committee of Asbestos Claimants filed on June 30, 2020 [ECF No. 126] (the "Bankruptcy Administrator's Motion"); the Motion for Appointment of Earl Gross to the Official Committee of Asbestos Claimants, filed by Bergman Draper Oslund Udo and local counsel, Higgins & Owens, PLLC, on July 2, 2020 [ECF No. 138] (the "Gross Motion"); and the oral motion of Robert Shuttlesworth of Shrader & Associates, L.L.P. and local counsel, Touchstone Family Law, to add Jesus Perez to the official committee of asbestos personal injury claimants (the "Perez Motion"); based on these motions and the arguments of counsel at the hearing held on July 6, 2020; the Court acting pursuant to its authority under 11 U.S.C. § 1102; IT IS HEREBY ORDERED that:

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

A.   The Bankruptcy Administrator's Motion is granted;

B.   The Gross Motion and Perez Motion are denied;

C.   The following claimants shall constitute the Official Committee of Asbestos Personal Injury Claimants in this case:

Jerry Lynn Fowles
c/o Brayton Purcell, LLP
Attn: Bryn Letsch
222 Rush Landing Road
Novato, CA 94948
BLetsch@braytonlaw.com

Ray Hager
c/o Dean Omar Branham Shirley, LLP
Attn: J. Bradley Smith
302 N. Market Street, Suite 300
Dallas, TX 75202
bsmith@dobslegal.com

Richard and Calvena Sisk
c/o Kazan, McClain, Satterley & Greenwood
Attn: Steven Kazan
55 Harrison Street, Suite 400
Oakland, CA 94607
skazan@kazanlaw.com

John Talmage Gambill
c/o Motley Rice LLC
Attn: John E. Herrick, John Baden
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
jherrick@motleyrice.com
jbaden@motleyrice.com

Richard R. Villanueva
c/o Simmons Hanly Conroy LLC
Attn: Perry J. Browder, Chris Guinn
One Court Street
Alton, IL 62002
pbrowder@simmonsfirm.com
cguinn@simmonsfirms.com

Pete Panagiotopoulos
c/o Cooney & Conway
Attn: John D. Cooney, Kathy Byrne
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602
jcooney@cooneyconway.com

Richard J. Shiel, Sr.
c/o Goldberg Persky White, P.C.
Attn: Bruce E. Mattock, Leif Ocheltree
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
bmattock@gpwlaw.com
locheltree@gpwlaw.com

Joseph Hamlin
c/o Maune Raichle Hartley French & Mudd, LLC
Attn: Marcus Raichle, Chris McKean
1015 Locust Street, Suite 1200
St. Louis, MO 63101
mraichle@mrhfmlaw.com
cmckean@mrhfmlaw.com

Robert Overton
c/o Shepard Law
Attn: Michael Shepard, Erika O'Donnell
160 Federal Street
Boston, MA 02110
mshepard@shepardlawfirm.com
eodonnell@shepardlawfirm.com

Barbara Korte o.b.o. Donald Korte
c/o SWMW Law, LLC
Attn: Ben Schmickle, Lauren Williams
701 Market Street, Suite 1000
St. Louis, MO 63101
ben@swmwlaw.com
lauren@swmwlaw.com

Steven W. Bomzer
c/o Weitz & Luxenberg, P.C.
Attn: Perry Weitz, Lisa Busch
700 Broadway
New York, NY 10003
pweitz@weitzlux.com
lbusch@weitzlux.com

*This Order has been signed electronically.*                                        *United States Bankruptcy Court*
*The Judge's signature and Court's seal appear*
*at the top of the Order.*