# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| ALDRICH PUMP LLC, *et al.*,[1] | Case No. 20-30608 (JCW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that Aldrich Pump LLC., et al., Debtors in the above-captioned cases, have filed the Debtors' Motion for an Order Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma and Lung Cancer Claimants (the "Motion").

     If a copy of the Motion is not included with this Notice, a copy may be viewed at the Court's website, *www.ncwb.uscourts.gov* under Debtor Aldrich Pump LLC's name and case number, you may obtain a copy of the Motion from the Debtors' claims and noticing agent at www.kccllc.net/aldrich, <u>or</u> you may request in writing a copy from the undersigned counsel to the Debtors.

     **YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THESE BANKRUPTCY CASES. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

     **IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN ON OR BEFORE <u>FRIDAY, SEPTEMBER 11, 2020 AT 4:00 P.M. EDT</u> YOU MUST:**

     (1)    A.    File with the Bankruptcy Court a written objection at:

          Clerk, United States Bankruptcy Court
          401 W. Trade Street

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

{00342240 v 1 }

      Charlotte, North Carolina 28202

    B.    If you have your attorney file a written objection then the objection should be filed with the Bankruptcy Court by electronic means through the Court's website, *www.ncwb.uscourts.gov* under the jointly administered name and case number shown above.

(2)    You must also serve a copy of such request to the parties shown below and any other parties as required by law or orders of the Court on or before the date described above:

    John R. Miller, Jr.
    Rayburn Cooper & Durham, P.A.
    1200 Carillon, 227 W. Trade Street
    Charlotte, NC 28202
    Counsel to the Debtors

    Kevin B. Maclay
    Caplin & Drysdale, Chartered
    One Thomas Circle, NW, Suite 1100
    Washington, DC 20005
    Counsel to the Official Committee of Asbestos Personal Injury Claimants

    Natalie D. Ramsey
    Robinson & Cole
    1650 Market Street
    Suite 3600
    Philadelphia, PA 19103
    Counsel to the Official Committee of Asbestos Personal Injury Claimants

    Office of Bankruptcy Administrator
    402 W. Trade St., Suite 200
    Charlotte, NC 28202

(3)    Attend the hearing scheduled for <u>September 29, 2020, at 1:00 p.m. EDT</u> or as soon thereafter as the matter can be heard in the Bankruptcy Courtroom 1-4, 401 West Trade Street, Charlotte, North Carolina.  You should attend this hearing if you file an objection.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting the relief requested.  No further notice of that hearing will be given.

      This the 28th day of August, 2020.

      RAYBURN COOPER & DURHAM, P.A.

      /s/  John R. Miller, Jr.
      John R. Miller, Jr.
      N.C. State Bar No. 28689
      1200 Carillon, 227 W. Trade Street
      Charlotte, North Carolina 28202
      Telephone:  704-334-0891

      ATTORNEYS FOR DEBTORS