WHEREFORE, Plaintiff prays for the entry of an Order appointing WANDA M. HELLMER, Special

Administrator of the Estate of DAVID C. HELLMER, SR., Deceased.

Respectfully Submitted,

COONEY AND CONWAY

By: _____

Attorney for Plaintiff

Lawrence R. Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
ARDC No.: 6284232
lweisler@cooneyconway.com

DEBTORS_00009074

DocuSign Envelope ID: 2D121DAB-4D23-4E10-8CB3-9E0F7DA035CA

19-0074M LRW/ms

STATE OF ILLINOIS      )
                       ) §
COUNTY OF MADISON )

**FILED**

APR 2 9 2020

CLERK OF CIRCUIT COURT #89
THIRD JUDICIAL CIRCUIT
MADISON COUNTY ILLINOIS

IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WANDA M. HELLMER, Special Administrator of the
Estate of DAVID C. HELLMER, SR., Deceased,

        Plaintiff,

    vs.

A.O. SMITH CORPORATION, et al.,

        Defendants.

IN RE:  ASBESTOS LITIGATION

NO:  20-L-345

## ORDER

THIS CAUSE coming before the Court on a Motion to appoint Special Administrator of the Estate

of DAVID C. HELLMER, SR., Deceased, and it being represented that WANDA M. HELLMER is legally

competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant

to rule, Plaintiff's counsel has provided notice to the last known address of each of the DAVID C. HELLMER,

SR.'s heirs and/or legatees;

    IT IS HEREBY ORDERED that WANDA M. HELLMER is appointed Special Administrator of the Estate

of DAVID C. HELLMER, SR., Deceased, for the purpose of prosecuting this cause of action, pursuant to

Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle St., 30th Floor
Chicago, Illinois 60602
(312) 236-6166

April 29th.                    , 2020

ENTER:

_Stephen A. Stobbs_

JUDGE

DEBTORS_00009075

19-0074M LRW/ms

***EFILED***
Case Number 2020L 000345
Date: 3/16/2020 10:17 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS   )
                   )§

COUNTY OF MADISON  )

IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased, | |
| Plaintiff, | No. |
| vs. | |
| A.O. SMITH CORPORATION, et al., | **2020L 000345** |
| Defendants. | |

### ENTRY OF APPEARANCE

NOW COME Cooney and Conway, Lawrence R. Weisler (IL Bar No. 6284232), Robert J. Cooney, Jr. (IL Bar No. 3122271), William R. Fahey (IL Bar No. 3127912), Kathy Byrne (IL Bar No. 6198739), Michael D. Mulvihill (IL Bar No. 6200677), Michael T. Egan (IL Bar No. 6272173), Timothy G. Martin (IL Bar No. 6286803), Daniel T. Ryan (IL Bar No. 6287262), Charles A. Porretta (IL Bar No. 6207946), David O. Barrett (IL Bar No. 6292344), Matthew J. Adair (IL Bar No. 6298952), Judith Conway (IL Bar No. 6316970), Ryan P. Linsner (IL Bar No. 6309557), Michael C. Cooney (IL Bar No. 6317485), J. Devitt Cooney (6323761), and Megan Fahey Monty (IL Bar No. 6317999) as counsel for the Plaintiff, WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased, and enter their appearances in the above-mentioned cause of action.

Respectfully Submitted,

COONEY AND CONWAY

By: _____

DocuSigned by:
F4A4404B45254BB...

COONEY AND CONWAY
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Phone: (312) 236-6166
Fax: (312) 236-3029

DEBTORS_00009076

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

EXHIBIT "A"
Personal Exposure of the Plaintiff's Decedent,
DAVID C. HELLMER, SR.

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Lincoln Welding Company (Romulus, MI) | 1958-1959 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| General Motors Cadillac Clark Street Plant (Detroit, MI) | 1959-1964 | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, |
| Kelsey-Hayes Plant (Detroit, MI) | 1959-1964 | Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| | | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| | | **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets |
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |
| | | **SEPCO CORP.:** Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets |
| | | **GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |

Page **1** of **45**

DEBTORS_00009077

'19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION: Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | DAP, INC.: Asbestos Compounds and Other Asbestos Containing Products |
| | | INGERSOLL-RAND COMPANY: Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | GOULDS PUMPS, INC.: Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | STERLING FLUID SYSTEMS (USA) LLC: Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | FMC CORPORATION: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | GARDNER DENVER, INC.: Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC: Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | IMO INDUSTRIES, INC.: Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | BW/IP, INC.: Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY: Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, |

DEBTORS_00009078

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG PUMPS, INC.:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION, Individually, and as Successor-in-Interest TO HOFFMAN SPECIALTY MANUFACTURING COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION,** |

DEBTORS_00009079

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:  Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:**  Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |
| | | **SPENCE ENGINEERING COMPANY, INC.:**  Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment |
| | | **COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

DEBTORS_00009080

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment |
|  |  | **YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
|  |  | **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment |
|  |  | **COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment |
|  |  | **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |

Page 5 of 45

DEBTORS_00009081

19-0074M
WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
|  |  | **TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**LINDBERG:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment<br>**SURFACE COMBUSTION, INC.:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment<br>**RUST ENGINEERING AND CONSTRUCTION, INC.:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials<br>**WTI-RUST HOLDINGS, INC. f/k/a RUST INTERNATIONAL INC., a DELAWARE CORPORATION, in their own right, and as Successor- in-Interest to M.W. KELLOGG COMPANY and the SWINDELL RUST DIVISION:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials<br>**SPRINKMANN SONS CORPORATION OF WISCONSIN:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment<br>**BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.:** Asbestos Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment Asbestos containing Refractory Brick, Cements, Castables, and Other Asbestos Containing Materials<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to HOLCROFT:** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials<br>**AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to PACIFIC INDUSTRIAL FURNACE COMPANY (PIFCO):** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |

Page 6 of 45

DEBTORS_00009082

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **AMERON INTERNATIONAL CORPORATION:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | **AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | **CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION:** Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment |
| | | **CHICAGO-WILCOX MANUFACTURING COMPANY:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment |
| | | **F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION:** Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials |
| | | **FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
| | | **GARDNER DENVER, INC., Individually, and as Successor-in-Interest TO NASH ENGINEERING COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
| | | **INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **INTERLINE BRANDS, INC., Individually and as Successor-in-Interest TO WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |

DEBTORS_00009083

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **J.A. SEXAUER, INC., A NEW YORK CORPORATION:** Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials |
| | | **RIC-WIL, INCORPORATED:** Asbestos Containing Pre Insulated Pipe and Conduit |
| | | **ROGER ZATKOFF COMPANY:** Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials |
| | | **SEALITE, INC.:** Asbestos Containing White Oakum and other Asbestos Containing Materials |
| | | **STANDARD FUEL ENGINEERING COMPANY:** asbestos containng zerobestos cement, cements, refractory, castables, and other asbestos containing materials |
| | | **UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |
| | | **WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials |
| | | **WILMAR INDUSTRIES, INC., Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Ford Rouge Plant (Dearborn, MI) | 1959-1964 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| Great Lakes Steel<br>• 80 Inch Mill (Ecorse, MI)<br>• Ecorse, MI<br>• Zug Island (Detroit, MI) | 1959-1964 | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| Chrysler Huber Street Foundry (Detroit, MI) | 1964-1979 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| McLouth Steel<br>• Detroit, MI<br>• Trenton, MI | 1964-1979 | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |

DEBTORS_00009084

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**SEPCO CORP.:** Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA) LLC:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

DEBTORS_00009085

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **GARDNER DENVER, INC.:**  Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **IMO INDUSTRIES, INC.:**  Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **BW/IP, INC.:**  Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY:**  Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **AURORA PUMP COMPANY:**  Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS:**  Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **ARMSTRONG PUMPS, INC.:**  Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **TACO, INC.:**  Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

DEBTORS_00009086

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION, Individually, and as Successor-in-Interest to HOFFMAN SPECIALTY MANUFACTURING COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |

DEBTORS_00009087

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |
| | | **SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment |
| | | **COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

DEBTORS_00009088

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment |
|  |  | **YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
|  |  | **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment |
|  |  | **COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment |
|  |  | **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **BEAZER EAST, INC., formerly known as KOPPERS COMPANY, INC.:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, Coke Ovens, Blast Furnaces, Refractory, Cement, Brick, Blankets, Roofing Felts, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **THIEM CORPORATION, and its Division, UNIVERSAL REFRACTORIES COMPANY:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, Coke Ovens, Blast Furnaces, Refractory, Cement, Brick, Blankets, Roofing Felts, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **FOSECO, INC:** Asbestos Containing Hot Tops, Gaskets, Liners, Sleeves, Board, Compounds, Cement, Slurry Mix and Other Asbestos Containing Products |

DEBTORS_00009089

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | LINDBERG: Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment |
| | | **SURFACE COMBUSTION, INC.:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RUST ENGINEERING AND CONSTRUCTION, INC.:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials |
| | | **WTI-RUST HOLDINGS, INC. f/k/a RUST INTERNATIONAL INC., a DELAWARE CORPORATION, in their own right, and as Successor- in-Interest to M.W. KELLOGG COMPANY and the SWINDELL RUST DIVISION:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials |
| | | **SPRINKMANN SONS CORPORATION OF WISCONSIN:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment |
| | | **BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.:** Asbestos Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment Asbestos containing Refractory Brick, Cements, Castables, and Other Asbestos Containing Materials |
| | | **McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials |
| | | **AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to HOLCROFT:** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | **AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to PACIFIC INDUSTRIAL FURNACE COMPANY (PIFCO):** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | **AMERON INTERNATIONAL CORPORATION:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | **AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.:** |

DEBTORS_00009090

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials **CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION:** Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment **CHICAGO-WILCOX MANUFACTURING COMPANY:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials **ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment **F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION:** Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials **FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials **GARDNER DENVER, INC., Individually, and as Successor-in-Interest to NASH ENGINEERING COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials **INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment **INTERLINE BRANDS, INC., Individually and as Successor-in-Interest to WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment **ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials **J.A. SEXAUER, INC., A NEW YORK CORPORATION:** Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials **RIC-WIL, INCORPORATED:** Asbestos Containing Pre Insulated Pipe and Conduit |

DEBTORS_00009091

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGER ZATKOFF COMPANY:** Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials |
| | | **SEALITE, INC.:** Asbestos Containing White Oakum and other Asbestos Containing Materials |
| | | **STANDARD FUEL ENGINEERING COMPANY:** asbestos containing zerobestos cement, cements, refractory, castables, and other asbestos containing materials |
| | | **UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |
| | | **WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials |
| | | **WILMAR INDUSTRIES, INC., Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Garden City Hospital (Garden City, MI) | 1959-1964 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| Harper Hospital (Detroit, MI) | 1959-1964 | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| | | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |

DEBTORS_00009092

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**SEPCO CORP.:** Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA) LLC:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |

Page 17 of 45

DEBTORS_00009093

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC: Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | IMO INDUSTRIES, INC.: Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | BW/IP, INC.: Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY: Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | AURORA PUMP COMPANY: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS: Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | ARMSTRONG PUMPS, INC.: Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | TACO, INC.: Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | ITT CORPORATION, Individually, and as Successor-in-Interest to HOFFMAN SPECIALTY MANUFACTURING |

DEBTORS_00009094

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |

DEBTORS_00009095

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment |

DEBTORS_00009096