19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment **COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment **TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment **SPRINKMANN SONS CORPORATION OF WISCONSIN:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment **McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials **AMERON INTERNATIONAL CORPORATION:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials **AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials **CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE** |

DEBTORS_00009097

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION: Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment |
|  |  | CHICAGO-WILCOX MANUFACTURING COMPANY: Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
|  |  | ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION: Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment |
|  |  | F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION: Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials |
|  |  | FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY: Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
|  |  | GARDNER DENVER, INC., Individually, and as Successor-in-Interest to NASH ENGINEERING COMPANY: Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
|  |  | INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.: Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
|  |  | INTERLINE BRANDS, INC., Individually and as Successor-in-Interest to WILMAR INDUSTRIES, INC.: Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
|  |  | ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.: Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |
|  |  | J.A. SEXAUER, INC., A NEW YORK CORPORATION: Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials |
|  |  | RIC-WIL, INCORPORATED: Asbestos Containing Pre Insulated Pipe and Conduit |
|  |  | ROGER ZATKOFF COMPANY: Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials |
|  |  | SEALITE, INC.: Asbestos Containing White Oakum and other Asbestos Containing Materials |

DEBTORS_00009098

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **STANDARD FUEL ENGINEERING COMPANY:** asbestos containng zerobestos cement, cements, refractory, castables, and other asbestos containing materials<br>**UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials<br>**WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials<br>**WILMAR INDUSTRIES, INC.,  Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Detroit Edison<br>• Beacon Street Power Plant (Detroit, MI)<br>• Del Ray Power Plant (Detroit, MI)<br>• Mistersky Power Plant (Detroit, MI)<br>• River Rouge Power Plant (River Rouge, MI)<br>• St. Clair Power Plant (St. Clair/East China Township, MI) | 1964-1979 | **A.W. CHESTERTON COMPANY:**  Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**CRANE CO.:**  Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY:**  Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| Ford Transmission Plant (Livonia, MI) | 1964-1979 | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| Holcroft & Company (Livonia, MI) | 1964-1979 | **UNIROYAL, INC.:**  Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| Linde Air (Detroit, MI) | 1964-1979 | **CROWN, CORK AND SEAL, USA, INC.:**  Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| Marathon Oil (Detroit, MI) | 1964-1979 | **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:**  Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| Monsanto Chemical Plant (Detroit/Trenton, MI) | 1964-1979 | **DANA COMPANIES, LLC:**  Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |

DEBTORS_00009099

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Pennsalt Chemical Plant (Wyandotte, MI) | 1964-1979 | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets |
| Stroh's Brewery (Detroit, MI) | 1964-1979 | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |
| Wyandotte Chemical (a/k/a BASF) (Wyandotte, MI) | 1964-1979 | **SEPCO CORP.:** Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets |
| | | **GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA) LLC:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |

DEBTORS_00009100

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BW/IP, INC.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG PUMPS, INC.:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION, Individually, and as Successor-in-Interest to HOFFMAN SPECIALTY MANUFACTURING COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

DEBTORS_00009101

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
|  |  | **DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
|  |  | **MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |
|  |  | **SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment |

DEBTORS_00009102

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment<br>**YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment |

Page **27** of **45**

DEBTORS_00009103

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials
**BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment
**COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment
**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment
**TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment
**BEAZER EAST, INC., formerly known as KOPPERS COMPANY, INC.:** Asbestos Containing Slag Lines, Fly Ash Systems, Blowers, Breechings, Gaskets, Packings, Block, Cement, Coke Ovens, Blast Furnaces, Refractory, Cement, Brick, Blankets, Roofing Felts, Mastics and Other Asbestos Containing Products and Equipment
**RUST ENGINEERING AND CONSTRUCTION, INC.:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials
**WTI-RUST HOLDINGS, INC. f/k/a RUST INTERNATIONAL INC., a DELAWARE CORPORATION, in their own right, and as Successor- in-Interest to M.W. KELLOGG COMPANY and the SWINDELL RUST DIVISION:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials
**SPRINKMANN SONS CORPORATION OF WISCONSIN:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment
**BMI REFRACTORY SERVICES, INC., Successor-in-Interest to ADIENCE, INC.:** Asbestos Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |

Page 28 of 45

DEBTORS_00009104

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Asbestos containing Refractory Brick, Cements, Castables, and Other Asbestos Containing Materials |
| | | **McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials |
| | | **AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to HOLCROFT:** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | **AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to PACIFIC INDUSTRIAL FURNACE COMPANY (PIFCO):** Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | **AMERON INTERNATIONAL CORPORATION:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | **AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | **CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION:** Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment |
| | | **CHICAGO-WILCOX MANUFACTURING COMPANY:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment |
| | | **F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION:** Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials |
| | | **FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY:** Asbestos Containing Pumps, Gaskets, |

DEBTORS_00009105

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Packing, Cement, Insulation, and other Asbestos Containing Materials |
| | | **GARDNER DENVER, INC., Individually, and as Successor-in-Interest to NASH ENGINEERING COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
| | | **INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **INTERLINE BRANDS, INC., Individually and as Successor-in-Interest to WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |
| | | **J.A. SEXAUER, INC., A NEW YORK CORPORATION:** Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials |
| | | **RIC-WIL, INCORPORATED:** Asbestos Containing Pre Insulated Pipe and Conduit |
| | | **ROGER ZATKOFF COMPANY:** Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials |
| | | **SEALITE, INC.:** Asbestos Containing White Oakum and other Asbestos Containing Materials |
| | | **STANDARD FUEL ENGINEERING COMPANY:** asbestos containng zerobestos cement, cements, refractory, castables, and other asbestos containing materials |
| | | **UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |
| | | **WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials |
| | | **WILMAR INDUSTRIES, INC., Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

DEBTORS_00009106

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Detroit Public Schools (Detroit, MI)<br><br>Hutzel Hospital (Detroit, MI)<br><br>Royal Oak Public Schools (Royal Oak, MI) | 1964-1979<br><br>1964-1979<br><br>1964-1979 | **A.W. CHESTERTON COMPANY:**  Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**CRANE CO.:**  Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY:**  Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION:**  Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:**  Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:**  Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:**  Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**SEPCO CORP.:**  Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |

Page **31** of 45

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA) LLC:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BW/IP, INC.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

DEBTORS_00009108

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **ARMSTRONG PUMPS, INC.:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
|  |  | **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **ITT CORPORATION, Individually, and as Successor-in-Interest to HOFFMAN SPECIALTY MANUFACTURING COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, |

DEBTORS_00009109

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |
| | | **SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment |
| | | **COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, |

DEBTORS_00009110

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
|  |  | Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment |
|  |  | **YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
|  |  | **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment |
|  |  | **COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment |
|  |  | **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |

DEBTORS_00009111

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **SPRINKMANN SONS CORPORATION OF WISCONSIN:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials |
|  |  | **AMERON INTERNATIONAL CORPORATION:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
|  |  | **AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.:** Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
|  |  | **CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION:** Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment . |
|  |  | **CHICAGO-WILCOX MANUFACTURING COMPANY:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
|  |  | **ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION:** Asbestos Containing Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment |
|  |  | **F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION:** Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials |
|  |  | **FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
|  |  | **GARDNER DENVER, INC., Individually, and as Successor-in-Interest to NASH ENGINEERING COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials |
|  |  | **INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

DEBTORS_00009112

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **INTERLINE BRANDS, INC., Individually and as Successor-in-Interest to WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment<br>**ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials<br>**J.A. SEXAUER, INC., A NEW YORK CORPORATION:** Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials<br>**RIC-WIL, INCORPORATED:** Asbestos Containing Pre Insulated Pipe and Conduit<br>**ROGER ZATKOFF COMPANY:** Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials<br>**SEALITE, INC.:** Asbestos Containing White Oakum and other Asbestos Containing Materials<br>**STANDARD FUEL ENGINEERING COMPANY:** asbestos containing zerobestos cement, cements, refractory, castables, and other asbestos containing materials<br>**UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials<br>**WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials<br>**WILMAR INDUSTRIES, INC., Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Holcroft & Company (Livonia, MI) | 1975-1978 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific |

DEBTORS_00009113

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| | | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| | | **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets |
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |
| | | **SEPCO CORP.:** Asbestos Containing Gaskets, Packings and Other Asbestos Containing Products and Equipment |
| | | **PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **CHICAGO GASKET COMPANY:** Asbestos Containing Gaskets |
| | | **GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **FLOWSERVE US INC., as Successor-in-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

DEBTORS_00009114

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | STERLING FLUID SYSTEMS (USA) LLC:  Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | FMC CORPORATION: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | GARDNER DENVER, INC.:  Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | JOY GLOBAL UNDERGROUND MINING, LLC f/k/a JOY TECHNOLOGIES, LLC: Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | IMO INDUSTRIES, INC.:  Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | BW/IP, INC.:  Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | AIR & LIQUID SYSTEMS CORPORATION, as Successor-by-Merger to BUFFALO PUMPS, INC.: Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | ITT CORPORATION f/k/a BELL & GOSSETT PUMP COMPANY: Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | AURORA PUMP COMPANY:  Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | FLOWSERVE US, INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to DURCO PUMPS: Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | ARMSTRONG PUMPS, INC.:  Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, |

DEBTORS_00009115

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Mastics and Other Asbestos Containing Products and Equipment<br>**TACO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest TO CHICAGO PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT CORPORATION, Individually, and as Successor-in-Interest to HOFFMAN SPECIALTY MANUFACTURING COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, |

DEBTORS_00009116

19-0074M
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Mastics and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment |
| | | **MARSHALL ENGINEERED PRODUCTS COMPANY, LLC.:** Asbestos Pumps, Packings, Gaskets, Block, Cement, Pipe Covering, Compressors, Condensers and Other Asbestos Containing Products and Equipment |
| | | **SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment |
| | | **COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, |

DEBTORS_00009117

19-0074M

**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**BURNHAM, LLC f/k/a BURNHAM BOILER CO.:** Asbestos Containing Boilers and Vessels, Pipe Covering, Block, Cement, Gaskets, Blankets, Packings, Spray and Other Asbestos Containing Products and Equipment<br>**YUBA HEAT TRANSFER, LLC:** Asbestos Containing Boilers, Heat Exchangers, Condensers, Pipe Covering, Block, Mastics, Packings, Gaskets, Spray, Cement, Blankets and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment<br>**COMPUDYNE CORPORATION, Successor by Merger to YORK-SHIPLEY, INC.:** Asbestos Containing York-Shipley Boilers, Tanks, Pressure Vessels, Firebrick, Refractory, Insulation, Gaskets, Packing and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**TWIN CITY CLARAGE, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**LINDBERG:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment<br>**SURFACE COMBUSTION, INC.:** Asbestos Containing Furnaces, Refractory, Cement, Brick, Block, Blankets and Other Asbestos Containing Products and Equipment<br>**RUST ENGINEERING AND CONSTRUCTION, INC.:** Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials |

Page **42** of **45**

DEBTORS_00009118