19-0074M
WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | WTI-RUST HOLDINGS, INC. f/k/a RUST INTERNATIONAL INC., a DELAWARE CORPORATION, in their own right, and as Successor-in-Interest to M.W. KELLOGG COMPANY and the SWINDELL RUST DIVISION: Asbestos Containing Pipecovering, Block Insulation, Furnaces, Refractory Brick, Insulation, Castables, Cement, Gunning Materials, and Other Asbestos Containing Materials |
| | | SPRINKMANN SONS CORPORATION OF WISCONSIN: Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cement and Other Asbestos Containing Products and Equipment |
| | | McMASTER-CARR SUPPLY COMPANY: Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials |
| | | AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to HOLCROFT: Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | AFC-HOLCROFT, LLC, Individually, and as Successor-in-Interest to PACIFIC INDUSTRIAL FURNACE COMPANY (PIFCO): Asbestos Containing Furnaces, Ovens, Block, Board, Brick, Cements, Cement Pipe, Gaskets, Insulation, Pipecovering, Refractory, and Other Asbestos Containing Materials |
| | | AMERON INTERNATIONAL CORPORATION: Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | AMERON INTERNATIONAL CORPORATION, Individually, and as Successor-in-Interest to BONDSTRAND, LTD.: Asbestos Containing Bondstrand Pipe, Gaskets, Pipe, Phenolic Resin, and other Asbestos Containing Materials |
| | | CHAMPLAIN CABLE CORPORATION, Individually and as Successor-in-Interest to AMERICAN SUPER TEMPERATURE WIRE, Successor-in-Interest to HAVEG INDUSTRIES, INC. and Successor-by-Merger to HAVEG CORPORATION: Chemtite Pipe, Haveg Pipe and Other Asbestos Containing Products and Equipment |
| | | CHICAGO-WILCOX MANUFACTURING COMPANY: Asbestos containing gaskets, packings, seals, and other asbestos containing materials |
| | | ELECTROLUX HOME PRODUCTS, INC., as Successor-in-Interest to BLAW-KNOX CONSTRUCTION EQUIPMENT MANUFACTURING CORPORATION: Asbestos Containing |

DEBTORS_00009119

19-0074M

WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brakes, Clutches, Gaskets, Cranes, Hoists, Earthmovers, and other Asbestos Containing Products and Equipment **F.B. WRIGHT COMPANY, A MICHIGAN CORPORATION:** Asbestos Containing Pipecovering, Block, Insulation, Cement, Refractory, Castables, Brick, Gaskets, Packings, and Other Asbestos Containing Materials **FLOWSERVE US INC., a.k.a. FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to ALDRICH PUMP COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials **GARDNER DENVER, INC., Individually, and as Successor-in-Interest to NASH ENGINEERING COMPANY:** Asbestos Containing Pumps, Gaskets, Packing, Cement, Insulation, and other Asbestos Containing Materials **INTERLINE BRANDS, INC., f/k/a WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment **INTERLINE BRANDS, INC., Individually and as Successor-in-Interest to WILMAR INDUSTRIES, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment **ITT INDUSTRIES, INC., Individually, and as Successor-in-Interest to McDonnell & Miller, Inc.:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials **J.A. SEXAUER, INC., A NEW YORK CORPORATION:** Asbestos Containing Gaskets, Packings, Seals, and Other Asbestos Containing Materials **RIC-WIL, INCORPORATED:** Asbestos Containing Pre Insulated Pipe and Conduit **ROGER ZATKOFF COMPANY:** Asbestos Containing Gaskets, Packings, Rope, Seals and other Asbestos Containing Materials **SEALITE, INC.:** Asbestos Containing White Oakum and other Asbestos Containing Materials **STANDARD FUEL ENGINEERING COMPANY:** asbestos containng zerobestos cement, cements, refractory, castables, and other asbestos containing materials **UNION PUMPS COMPANY f/k/a David Brown Union Pump Company:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **WATTS REGULATOR COMPANY:** Asbestos Containing Pumps, Valves, Insulation, Gaskets, Packing, and other Asbestos Containing Materials |

DEBTORS_00009120

**19-0074M**
**WANDA M. HELLMER, Special Administrator of the Estate of DAVID C. HELLMER, SR., Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **WELTON RUBBER COMPANY, Individually, and as Successor-In-Interest to WELTON RUBBER AND ASBESTOS COMPANY:** Asbestos Containing Gaskets, Packings, Adhesives, Tapes, Molded Plastics, Hoses, and Other Asbestos Containing Materials<br>**WILMAR INDUSTRIES, INC., Individually and Successor-in-Interest to SEXAUER, INC.:** Asbestos Gaskets, Packings and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Home Remodeling & Additions | 1958-1979 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members' & Friends' Vehicles | 1958-1979 | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former Vellumoid division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**BORGWARNER MORSE TEC LLC, as Successor-by-Merger to BORG-WARNER CORPORATION:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**TENNECO, INC.:** Asbestos Containing Brakes, Linings, Clutches, Gaskets and Other Asbestos Containing Products |

DEBTORS_00009121