UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALDRICH PUMP LLC, *et al.*,[1] | : | Case No. 20-30608 (JCW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 18, 2021 the Official Committee of Asbestos Personal Injury Claimants filed a *Motion for Substantive Consolidation of Debtors' Estates with Certain Nondebtor Affiliates or, Alternatively, to Reallocate Debtors' Asbestos Liabilities to Those Affiliates* (the "Motion") in this case.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 9006 and the Case Management Order, written responses, if any, must be filed on or before **November 1, 2021** (the "Response Deadline"), in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

1. File a formal, written response with the Bankruptcy Court at:

    Clerk, United States Bankruptcy Court
    Charles Jonas Federal Building
    401 West Trade Street
    Charlotte, North Carolina 28202

2. Serve a copy of your response on all parties in interest, including:

    a) U.S. Bankruptcy Administrator
    402 West Trade Street
    Charlotte, NC 28202

    b) HAMILTON STEPHENS STEELE + MARTIN, PLLC
    Glenn C. Thompson
    525 North Tryon Street, Suite 1400

---

[1] The "**Debtors**" are the following entities (the last four digits of the Debtors' taxpayer identification number follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler (0679). The Debtors' address is 800 E. Beaty Street, Davidson, North Carolina 28036.

        Charlotte, North Carolina 28202

c)    ROBINSON & COLE LLP
       Natalie D. Ramsey
       Davis Lee Wright
       1000 N. West Street, Suite 1200
       Wilmington, Delaware 19801

d)    CAPLIN & DRYSDALE, CHARTERED
       Kevin C. Maclay
       Todd E. Phillips
       Jeffrey A. Liesemer
       One Thomas Circle NW, Suite 1100
       Washington, DC 20005

e)    WINSTON & STRAWN LLP
       David Neier
       Carrie V. Hardman
       200 Park Avenue
       New York, NY 10166

      PLEASE TAKE FURTHER NOTICE that a **status** hearing on the Motion will be held on **November 17, 2021 at 1:00 p.m. (ET)** before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202.

      PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested. No further notice of the hearing will be given.

*[Signatures appear on the following page]*

Dated: October 18, 2021
       Charlotte, North Carolina

HAMILTON STEPHENS STEELE
+ MARTIN, PLLC

*/s/ Glenn C. Thompson*
Glenn C. Thompson (Bar No. 37221)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
Email: gthompson@lawhssm.com

*Local Counsel for the Official Committee of Asbestos Personal Injury Claimants*

CAPLIN & DRYSDALE, CHARTERED
Kevin C. Maclay (admitted *pro hac vice*)
Todd E. Phillips (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
Email: kmaclay@capdale.com
       tphillips@capdale.com
       jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

David Neier (admitted *pro hac vice*)
Carrie V. Hardman (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
Email: dneier@winston.com
       chardman@winston.com

*Special Litigation Counsel to the Official Committee of Asbestos Personal Injury Claimants*

ROBINSON & COLE LLP
Natalie D. Ramsey (admitted *pro hac vice*)
Davis Lee Wright (admitted *pro hac vice*)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
Email: nramsey@rc.com
       dwright@rc.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

4817-3989-0175, v. 1