UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>ALDRICH PUMP LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-30608 (JCW)<br><br>(Jointly Administered) |

### NOTICE OF SCHEDULING OF OMNIBUS HEARINGS

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1. Pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 123] (the "Case Management Order"), all matters requiring a hearing in the above-captioned chapter 11 cases shall be heard at periodic omnibus hearings (collectively, "Omnibus Hearings") scheduled by the Debtors in cooperation with the Bankruptcy Court (as defined below).

2. Additional Omnibus Hearings have been scheduled for the following dates and times (in each case, set forth in prevailing Eastern Time):

    a. January 27, 2022, at 9:30 a.m.;

    b. March 3, 2022, at 9:30 a.m.;

    c. March 31, 2022, at 9:30 a.m.;

    d. April 28, 2022, at 9:30 a.m.;

    e. May 26, 2022, at 9:30 a.m.;

    f. June 30, 2022, at 9:30 a.m.;

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address

{00356658 v 1 }

        g.    July 28, 2022, at 9:30 a.m.;

        h.    August 25, 2022, at 9:30 a.m.;

        i.    September 29, 2022, at 9:30 a.m.;

        j.    October 27, 2022, at 9:30 a.m.;

        k.    November 30, 2022, at 1:00 p.m.; and

        l.    December 14, 2022, at 9:30 a.m.

3.    The Omnibus Hearings will be held before the Honorable Judge J. Craig Whitley at the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division (the "Bankruptcy Court") in JCW Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina.

4.    To schedule a matter for hearing before the Bankruptcy Court, you must comply with all applicable procedures set forth in the Case Management Order.

5.    Copies of the Case Management Order may be obtained (a) free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by its claims and noticing agent, Kurtzman Carson Consultants LLC, available at: www.kccllc.net/aldrich under the tab labeled "Court Documents"; (b) for a nominal fee at the website of the Bankruptcy Court, available at www.ncwb.uscourts.gov; or (c) by written request directed to the undersigned counsel.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

is 800-E Beaty Street, Davidson, North Carolina 28036.

{00356658 v 1 }        2

|  |  |
|---|---|
| Dated: November 12, 2021<br>Charlotte, North Carolina | Respectfully submitted,<br><br>/s/ John R. Miller, Jr.<br>John R. Miller, Jr. (NC 28689)<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Facsimile: (704) 377-1897<br>E-mail: jmiller@rcdlaw.net<br><br>-and-<br><br>Brad B. Erens (IL Bar No. 06206864)<br>Mark A. Cody (IL Bar No. 6236871)<br>Caitlin K. Cahow (IL Bar No. 6317676)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>E-mail: bberens@jonesday.com<br>macody@jonesday.com<br>ccahow@jonesday.com<br><br>-and-<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: gmgordon@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |