

FILED & JUDGMENT ENTERED
Steven T. Salata

May 10 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| ALDRICH PUMP LLC, *et al.*,[1] | : |
| | : No. 20-30608 (JCW) |
| Debtors, | : |
| | : (Jointly Administered) |
| | : |

### AGREED ORDER EXTENDING DEADLINE TO SUBMIT ESTIMATION CASE MANAGEMENT ORDER UNDER <u>ORDER AUTHORIZING ESTIMATION OF ASBESTOS CLAIMS</u>

This matter coming before the Court upon the agreement of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, and the Future Claimants' Representative (collectively, the "Parties") to extend the deadline (the "CMO Deadline") currently established in Paragraph 4 of the Order Authorizing Estimation of Asbestos Claims [Dkt. No. 1127] (the "Estimation Order") for the Parties to either negotiate and submit an agreed case management order for estimation (the "Estimation CMO") or to submit competing proposed Estimation CMO's to the Court for consideration; and it appearing that the CMO Deadline under

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

{00363330 v 1 }

the Estimation Order is currently May 9, 2022; and it further appearing that the Parties, after meeting and conferring to discuss the issues, have agreed to extend the CMO Deadline to Wednesday, June 1, 2022; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The CMO Deadline under the Estimation Order is hereby extended through and including Wednesday, June 1, 2022.

2. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

This Order has been signed electronically.     United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.