**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re<br><br>ALDRICH PUMP LLC, *et al.*,[1]<br><br>Debtors, | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>No. 20-30608 (JCW)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS<br><br>Plaintiff,<br><br>v.<br><br>ALDRICH PUMP LLC, MURRAY BOILER LLC, TRANE TECHNOLOGIES COMPANY LLC, AND TRANE U.S. INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adversary Proceeding<br><br>No. 21-03029 (JCW) |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON THURSDAY, JUNE 30, 2022, AT 9:30 A.M.**

**CONTINUED MATTER**

1. **Motion of the Debtors for an Order Approving Certain Settlement Agreements with Clark Equipment Company and the Liquidator of Home Insurance Company [Docket No. 988]**

    a.    <u>Related Pleadings</u>: None.

    b.    <u>Objection Deadline</u>: February 21, 2022 (extended to July 18, 2022 for the ACC)

    c.    <u>Status</u>: This matter is continued to the July 28, 2022 hearing, with the deadline to respond extended to July 18, 2022 for the ACC.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

{00364786 v 1 }                        1

## UNCONTESTED MATTERS GOING FORWARD

2. **Non-Debtor Affiliates' Motion to File Confidential Documents Under Seal [Adv. Proc. Docket No. 73]**

    a.    <u>Related Pleadings</u>:  None.

    b.    <u>Objection Deadline</u>: May 19, 2022

    c.    <u>Status</u>: This matter is going forward.

3. **Debtors' Motion to File Confidential Documents Under Seal [Adv. Proc. Docket No. 78]**

    a.    <u>Related Pleadings</u>:  None.

    b.    <u>Objection Deadline</u>: May 19, 2022

    c.    <u>Status</u>: This matter is going forward.

## STATUS CONFERENCES

4. **Motion of the Debtors for an Order Authorizing the Debtors to Issue Subpoenas on Asbestos Trusts and Paddock Enterprises, LLC [Docket No. 1111]**

    a.    <u>Related Pleadings</u>:

        i.    Paddock Enterprises, LLC's (I) Objection to the Motion of the Debtors for an Order Authorizing the Debtors to Issue Subpoenas on Asbestos Trusts and Paddock Enterprises, LLC and (II) Motion for Limited Adjournment of Hearing on Motion of the Debtors for an Order Authorizing the Debtors to Issue Subpoenas on Asbestos Trusts and Paddock Enterprises, LLC [Docket No. 1161]

        ii.    The Official Committee of Asbestos Personal Injury Claimants' Objection to the Motion of the Debtors for an Order Authorizing the Debtors to Issue Subpoenas on Asbestos Trusts and Paddock Enterprises, LLC [Docket No. 1162]

        iii.    Reply in Support of Motion of the Debtors for an Order Authorizing the Debtors to Issue Subpoenas on Asbestos Trusts and Paddock Enterprises, LLC [Docket No. 1182]

    b.    <u>Objection Deadline</u>: May 6, 2022

    c.    Status: At the May 26, 2022 omnibus hearing, this Court announced its ruling granting the Debtors' Motion, with minor changes identified on the record. This matter is going forward as a status conference regarding the competing forms of proposed orders granting this Motion.

5. **Joint Motion of the Debtors and the Future Claimants' Representative for an Order (I) Establishing a Bar Date for Certain Known Asbestos Claims, (II) Approving Proof of Claim Form, (III) Approving Personal Injury Questionnaire, (IV) Approving Notice to Claimants, and (V) Granting Related Relief [Docket No. 471]**

    a.    Related Pleadings:

        i.    Objection of the Official Committee of Asbestos Personal Injury Claimants to the Joint Motion of the Debtors and the Future Claimants' Representative for an Order (I) Establishing a Bar Date for Certain Known Asbestos Claims, (II) Approving Proof of Claim Form, (III) Approving Personal Injury Questionnaire, (IV) Approving Notice to Claimants, and (V) Granting Related Relief [Docket No. 502]

        ii.    The Future Asbestos Claimants' Representative's Reply in Support of the Joint Bar Date Motion [Docket No. 552]

        iii.    Debtors' Reply in Support of Joint Motion for Bar Date and Personal Injury Questionnaire [Docket No. 553]

        iv.    Notice of Filing of Redline of Proposed Order [Docket No. 560]

    b.    Objection Deadline: January 14, 2021

    c.    Status: This matter is going forward as a status conference regarding the proposed order with respect to the form of Personal Injury Questionnaire.

## CONTESTED MATTERS GOING FORWARD

6. **Motion of the Debtors for an Order Approving the Debtors Proposed Case Management Order for Estimation. [Docket No. 1205]**

    a.    Related Pleadings:

        i.    The Future Asbestos Claimants' Representative's Response to Proposed Case Management Orders for Estimation [Docket No. 1220]

        ii.    Objection of the Official Committee of Asbestos Personal Injury Claimants to Motion of the Debtors for an Order Approving the

      Debtors' Proposed Case Management Order for Estimation [Docket No. 1222]

    iii. Debtors' Reply in Support of Their Motions for Entry of Orders Establishing Case Management Procedures for Estimation and Approving Use of Categorical Privilege Logs [Docket No. 1226] (the "Debtors' Reply in Support")

  b. <u>Objection Deadline</u>: June 23, 2022

  c. <u>Status</u>: This matter is going forward.

7. **Motion of the Debtors for an Order Authorizing the Parties to use Categorical Privilege Logs when Claiming Material is Privileged or Otherwise Protected from Discovery [Docket No. 1206]**

  a. <u>Related Pleadings</u>:

    i. The Official Committee of Asbestos Personal Injury Claimants' Brief in Opposition to the Motion of the Debtors for an Order Authorizing the Parties to use Categorical Privilege Logs when Claiming Material is Privileged or Otherwise Protected from Discovery [Docket No. 1223]

    ii. Debtors' Reply in Support

  b. <u>Objection Deadline</u>: June 23, 2022

  c. Status: This matter is going forward.

8. **The Official Committee of Asbestos Personal Injury Claimants' Motion for Entry of Order Establishing Case Management Procedures for Estimation. [Docket No. 1207]**

  a. <u>Related Pleadings</u>:

    i. The Future Asbestos Claimants' Representative's Response to Proposed Case Management Orders for Estimation [Docket No. 1220]

    ii. Debtors' Response to the Official Committee of Asbestos Personal Injury Claimants' Motion for Entry of Order Establishing Case Management Procedures for Estimation [Docket No. 1221]

  b. <u>Objection Deadline</u>: June 23, 2022

  c. <u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: June 28, 2022<br>Charlotte, North Carolina | Respectfully submitted,<br><br>*/s/ John R. Miller, Jr.*<br>C. Richard Rayburn, Jr. (NC 6357)<br>John R. Miller, Jr. (NC 28689)<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Facsimile: (704) 377-1897<br>E-mail: rrayburn@rcdlaw.net<br>   jmiller@rcdlaw.net<br><br>-and-<br><br>Brad B. Erens (IL Bar No. 06206864)<br>Mark A. Cody (IL Bar No. 6236871)<br>Caitlin K. Cahow (IL Bar No. 6317676)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>E-mail: bberens@jonesday.com<br> macody@jonesday.com<br> ccahow@jonesday.com<br><br>-and-<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: gmgordon@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |