UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-30608 |
| | ) | |
| ALDRICH PUMP LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 7, 2022, the United States Bankruptcy Administrator for the Western District of North Carolina filed a *Motion for Order Directing Parties to Mandatory Mediation and Establishing Mediation Procedures* (the "Motion") in this case.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 9007 and the Case Management Order, written responses, if any, must be filed on or before **July 28, 2022** (the "Response Deadline"), in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

1. File a formal, written response with the Bankruptcy Court at:

    Clerk, United States Bankruptcy Court
    Charles Jonas Federal Building
    401 West Trade Street
    Charlotte, North Carolina 28202

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **August 25, 2022, at 9:30 a.m. (ET)** before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested. No further notice of the hearing will

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

be given.

Dated:    July 7, 2022

                                        /s/ Shelley K. Abel
                                        Shelley K. Abel
                                        United States Bankruptcy Administrator
                                        402 W. Trade Street, Suite 200
                                        Charlotte, NC 28202-1669
                                        N.C. Bar No. 34370
                                        Telephone: (704) 350-7587
                                        Fax: (704) 344-6666
                                        Email: shelley_abel@ncwba.uscourts.gov