**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ALDRICH PUMP LLC, *et al.*,[1] | : | Case No. 20-30608 (LMJ) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF OPPORTUNITY FOR HEARING**
**(No Protest Notice – No Hearing will be Held Unless Request for Hearing is Filed)**

PLEASE TAKE NOTICE, that Caplin & Drysdale, Chartered ("Caplin & Drysdale"), has filed its **SIXTEENTH INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH RESPECT TO SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025** (the "Application").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Application. You should read it carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses, if any, must be filed on or before **April 17, 2026** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose it in any way, you MUST:

(1) File a formal, written response with the Bankruptcy Court at:

Clerk, United States Bankruptcy Court
Charles Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

(2) Serve a copy of such response, so that it is received on or before the Response Deadline, on (a) the undersigned counsel for the Committee, (b) all of the parties required to be served pursuant to the Notice, Case Management and Administrative Procedures approved by the Bankruptcy Court in its *Order Establishing Certain Notice, Case Management, and Administrative Procedures* (Docket No. 123) (the "Case Management

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

Order") and (c) any other parties required to be served by law or other orders of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held on **May 21, 2026 at 9:30 A.M. (ET)** before the Honorable Lena M. James at the United States Bankruptcy Court for the Western District of North Carolina, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing. No further notice will be given.

Copies of the Application and the Case Management Order may be obtained (a) free of charge from the Debtors' claims and noticing agent at veritaglobal.net/aldrich; (b) for a nominal fee at the website of the Bankruptcy Court, www.ncwb.uscourts.gov, under Debtor Aldrich Pump LLC's name and case number, as listed above; or (c) by written request directed to the undersigned counsel.

Dated: April 3, 2026

CAPLIN & DRYSDALE, CHARTERED

*/s/ Kevin C. Maclay*
Kevin C. Maclay (admitted *pro hac vice*)
Todd E. Phillips (admitted *pro hac vice*)
1200 New Hampshire Avenue NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
E-mail: kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*