FILED & JUDGMENT ENTERED

Christine F. Ramsey

April 13 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
Lena M James
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| ALDRICH PUMP LLC, *et al.*,[1]  Debtors. | Case No. 20-30608 (LMJ) |
| | (Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,  Plaintiff, | |
| v. | Adv. Pro. No. 21-03029 (LMJ) |
| ALDRICH PUMP LLC, MURRAY BOILER LLC, TRANE TECHNOLOGIES COMPANY LLC, and TRANE U.S. INC.,  Defendants. | |

---

[1]    The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, on behalf of the estates of Aldrich Pump LLC and Murray Boiler LLC,
     Plaintiff,

v.

INGERSOLL-RAND GLOBAL HOLDING COMPANY LIMITED, TRANE TECHNOLOGIES HOLDCO INC., TRANE TECHNOLOGIES COMPANY LLC, TRANE INC., TUI HOLDINGS INC., TRANE U.S. INC., and MURRAY BOILER HOLDINGS LLC,
     Defendants.

Adv. Pro. No. 22-03028 (LMJ)

**AGREED ORDER ESTABLISHING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON MOTION TO STAY ADVERSARY PROCEEDINGS**

This matter coming before the Court upon the agreement of the Debtors, Trane Global Holding Company Limited f/k/a Ingersoll-Rand Global Holding Company Limited, Trane Technologies Holdco Inc., Trane Technologies Company LLC ("TTC"), Trane Inc., TUI Holdings Inc., Trane U.S. Inc. ("TUI," and together with TTC, the "NDAs"), and Murray Boiler Holdings LLC (collectively, the "Trane Defendants," and together with the Debtors, "Defendants"), and the Official Committee of Asbestos Personal Injury Claimants (the "Committee") (collectively, the "Parties") to establish certain briefing deadlines in connection with supplemental briefing on the previously continued *Motion to Stay Adversary Proceedings* (the "Stay Motion")[2]; it appearing that the Parties have agreed to the briefing and hearing schedule set forth below; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (c) this is a core

---

[2] Base Case Dkt. No. 2822; Adv. Proc. 21-03029, Dkt. No. 169; Adv. Proc. No. 22-03028, Dkt. No. 98.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that there is just

cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. Defendants shall file any supplemental briefs in support of the Stay Motion

   (the "Supplemental Brief") on or before April 16, 2026;

2. Any responses to the Supplemental Brief (the "Supplemental Response") shall

   be filed on or before May 5, 2026;

3. Defendants shall file any replies in support of the Supplemental Brief (the

   "Supplemental Reply") on or before May 15, 2026; and

4. The continued hearing on the Stay Motion shall be held on May 21, 2026,

   unless otherwise continued.

5. This Court shall retain exclusive jurisdiction over any and all matters arising

   from or related to the implementation, interpretation, or enforcement of this

   Order.

This Order has been signed electronically.                    United States Bankruptcy Court
The Judge's signature and court's seal appear at the top
of the Order.