**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re<br><br>ALDRICH PUMP LLC, *et al.*,[1]<br>      Debtors. | Chapter 11<br><br>Case No. 20-30608 (LMJ)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br>      Plaintiff,<br><br>     v.<br><br>ALDRICH PUMP LLC, MURRAY BOILER LLC, TRANE TECHNOLOGIES COMPANY LLC, and TRANE U.S. INC.,<br>      Defendants. | Adv. Pro. No. 21-03029 (LMJ) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, on behalf of the estates of Aldrich Pump LLC and Murray Boiler LLC,<br>      Plaintiff,<br><br>     v.<br><br>INGERSOLL-RAND GLOBAL HOLDING COMPANY LIMITED, TRANE TECHNOLOGIES HOLDCO INC., TRANE TECHNOLOGIES COMPANY LLC, TRANE INC., TUI HOLDINGS INC., TRANE U.S. INC., and MURRAY BOILER HOLDINGS LLC,<br>      Defendants. | Adv. Pro. No. 22-03028 (LMJ) |

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR**
**THURSDAY, APRIL 23, 2026, AT 9:30 A.M.**

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

1

4896-7893-0593, v. 1

**PLEASE TAKE NOTICE THAT THE HEARING SCHEDULED FOR THURSDAY, APRIL 23, 2026 IN THE ABOVE-CAPTIONED PROCEEDINGS HAS BEEN CANCELLED. THE MATTERS PREVIOUSLY SCHEDULED FOR THE APRIL 23, 2026 HEARING, SET FORTH BELOW, HAVE BEEN CONTINUED TO THE MAY 21, 2026 HEARING.**

## CONTINUED MATTERS

1. **Defendants' Motion To Stay Adversary Proceedings [Base Case Dkt. No. 2822; Adv. Proc. No. 21-03029, Dkt. No. 169; Adv. Proc. No. 22-03028, Dkt. No. 98]**

    a.   Related Pleadings:

    i.   *The Future Claimants' Representative's Omnibus Response to (1) Debtors' Motion to Stay Adversary Proceedings, and (II) Official Committee of Asbestos Personal Injury Claimants' Motion to Amend Case Management Order* [Adv. Proc. No. 21-03029, Dkt. No. 175]

    ii.   *Plaintiff's Objection to Defendants' Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 2842; Adv. Proc. No. 21-03029, Dkt. No. 177; Adv. Proc. No. 22-03028, Dkt. No. 104]

    iii.   *Defendants' Reply in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 2851; Adv. Proc. No. 21-03029, Dkt. No. 180; Adv. Proc. No. 22-03028, Dkt. No.106]

    iv.   *Agreed Order Establishing Briefing Schedule for Supplemental Briefing on Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3116; Adv. Proc. No. 21-03029, Dkt. No. 223; Adv. Proc. No. 22-03028, Dkt. No. 154] (the "Supplemental Briefing Order")

    b.   Response Deadline:   October 16, 2025, as modified by the Supplemental Briefing Order

    c.   Status: This matter has been continued to the May 21, 2026 hearing.

2

2. **Defendants' Motion to File Documents Under Seal [Adv. Proc. No. 21-03029, Dkt. No. 205; Adv. Proc. No. 22-03028, Dkt. No. 132]**

    a.    Related Pleadings:  None

    b.    Response Deadline:   February 19, 2026

    c.    Status: This matter has been continued to the May 21, 2026 hearing.

3. **Motion to File Confidential Information Under Seal [Adv. Proc. No. 21-03029, Dkt. No. 208; Adv. Proc. No. 22-03028, Dkt. No. 138]**

    a.    Related Pleadings:  None

    b.    Response Deadline:   March 5, 2026

    c.    Status: This matter has been continued to the May 21, 2026 hearing.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4896-7893-0593, v. 1

Dated: April 14, 2026
Charlotte, North Carolina

Respectfully submitted,

*/s/ John R. Miller, Jr.*
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
RAYBURN COOPER & DURHAM, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina  28202
Telephone:  (704) 334-0891
Facsimile:  (704) 377-1897
E-mail:  rrayburn@rcdlaw.net
           jmiller@rcdlaw.net

-and-

Brad B. Erens (IL Bar No. 6206864)
Morgan R. Hirst (IL Bar No. 6275128)
Amanda P. Johnson (IL Bar No. 6329873)
JONES DAY
110 North Wacker Drive Suite 4800
Chicago, Illinois  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
E-mail:  bberens@jonesday.com
  mhirst@jonesday.com
  amandajohnson@jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTORS AND DEBTORS
IN POSSESSION

4

4896-7893-0593, v. 1