**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re<br><br>ALDRICH PUMP LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 20-30608 (LMJ)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br>Plaintiff,<br><br>v.<br><br>ALDRICH PUMP LLC, MURRAY BOILER LLC, TRANE TECHNOLOGIES COMPANY LLC, and TRANE U.S. INC.,<br>Defendants. | Adv. Pro. No. 21-03029 (LMJ) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, on behalf of the estates of Aldrich Pump LLC and Murray Boiler LLC,<br>Plaintiff,<br><br>v.<br><br>INGERSOLL-RAND GLOBAL HOLDING COMPANY LIMITED, TRANE TECHNOLOGIES HOLDCO INC., TRANE TECHNOLOGIES COMPANY LLC, TRANE INC., TUI HOLDINGS INC., TRANE U.S. INC., and MURRAY BOILER HOLDINGS LLC,<br>Defendants. | Adv. Pro. No. 22-03028 (LMJ) |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING**
**SCHEDULED ON THURSDAY, MAY 21, 2026, AT 9:30 A.M.**

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

## MATTER GOING FORWARD

1. **Defendants' Motion To Stay Adversary Proceedings [Base Case Dkt. No. 2822; Adv. Proc. 21-03029, Dkt. No. 169; Adv. Proc. No. 22-03028, Dkt. No. 98]**

   a. Related Pleadings:

      i. *The Future Claimants' Representative's Omnibus Response to (1) Debtors' Motion to Stay Adversary Proceedings, and (II) Official Committee of Asbestos Personal Injury Claimants' Motion to Amend Case Management Order* [Adv. Proc. No. 21-03029, Dkt. No. 175]

      ii. *Plaintiff's Objection to Defendants' Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 2842; Adv. Proc. No. 21-03029, Dkt. No. 177; Adv. Proc. No. 22-03028, Dkt. No. 104]

      iii. *Defendants' Reply in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 2851; Adv. Proc. No. 21-03029, Dkt. No. 180; Adv. Proc. No. 22-03028, Dkt. No.106]

      iv. *Agreed Order Establishing Briefing Schedule for Supplemental Briefing on Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3116; Adv. Proc. No. 21-03029, Dkt. No. 223; Adv. Proc. No. 22-03028, Dkt. No. 154] (the "Supplemental Briefing Order")

      v. *Defendants' Supplemental Memorandum in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3122; Adv. Proc. No. 21-03029, Dkt. No. 226; Adv. Proc. No. 22-03028, Dkt. No. 157]

      vi. *The Future Asbestos Claimants' Representative's Response to Defendants' Supplemental Memorandum in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3141; Adv. Proc. No. 21-03029, Dkt. No. 230; Adv. Proc. No. 22-03028, Dkt. No. 161]

      vii. *Plaintiff's Objection to Defendants' Supplemental Memorandum in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3142; Adv. Proc. No. 21-03029, Dkt. No. 231; Adv. Proc. No. 22-03028, Dkt. No. 162]

viii. *Defendants' Reply to Plaintiffs' Objection to Defendants' Supplemental Memorandum in Support of Motion to Stay Adversary Proceedings* [Base Case Dkt. No. 3155; Adv. Proc. No. 21-03029, Dkt. No. 233; Adv. Proc. No. 22-03028, Dkt. No. 164]

b. <u>Response Deadlines</u>: October 16, 2025, as modified by the Supplemental Briefing Order

c. <u>Status</u>: This matter is going forward.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Dated: May 19, 2026
Charlotte, North Carolina

Respectfully submitted,

*/s/ John R. Miller, Jr.*
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
RAYBURN COOPER & DURHAM, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina 28202
Telephone: (704) 334-0891
Facsimile: (704) 377-1897
E-mail: rrayburn@rcdlaw.net
jmiller@rcdlaw.net

-and-

Brad B. Erens (IL Bar No. 06206864)
Morgan R. Hirst (IL Bar No. 6275128)
Amanda P. Johnson (IL Bar No. 6329873)
JONES DAY
110 North Wacker Drive Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
E-mail: bberens@jonesday.com
mhirst@jonesday.com
amandajohnson@jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION