FILED
U.S. Bankruptcy Court
of NC

AUG 14, 2026

Christine F. Winchester
Clerk, Charlotte Division

# EXHIBIT RECORD

| | |
|---|---|
| Trial Date: August 10 - 14, 2026 | Courtroom Deputy: M Williams |
| Case Name(s): Aldrich Pump, LLC | |
| Case Numbers(s): 20-30608 | |
| Attorney(s) for Debtor: C. Michael Evert, Morgan Hirst | |
| Attorney(s) for FCR: Jonathan Guy, Michael Rosenberg | |
| Attorney(s) for ACC: Victor Salgado, John Cordani, Kevin Davis, Katy Zendeh, Wendy Barnett, Clay Thompson, James P Wehner, Natalie Ramsey | |

| Number | Description | ID | ADM |
|---|---|---|---|
| ALD-D1 | Sackett Incidence Curve - Raw Data | X | |
| ALD-D2 | Sacket Report - Appendix I Inflation Rates Sackett's Extrapolation (Aldrich and Murray) | X | |
| ALD-D3 | Mullin Report, Appendix A Dated: August 10, 2026 | X | |
| ALD-D4 | Formula used to calculate future payments – Mullin Report at Paragraph 123 Dated: August 10, 2026 | X | |
| ALD-D5 | Formula used to calculate future payments – Mullin Report at Paragraph 123 (Future Paid Claims) Dated August 10, 2026 | X | |
| ALD-D6 | Settlement Agreement Trane US Inc., f/k/a American Standard INc. Dated March 18, 2013 | X | X |
| ALD-D7 | Addendum to March 18, 2013 Settlement Agreement Trane US Inc., f/k/a American Standard Inc. Dated June 26, 2019 | X | X |
| ALD-D8 | Evaluation of the Sackett Forecasting Approach - Identification of Key Deviations From Accepted Methodology and Prior LAS Applications – Denise Neumann Martin, Ph.D. | X | |
| ALD-D9 | Closing Presentation Phase I Estimation Hearing August 14, 2026 IN re Aldrich Pump, LLC et al. Case No. 20-30608 LMJ | X | |
| FCR - D001 | David Mcknight Brattle Group – Estimation Trial – | X | |

| | | | |
|---|---|---|---|
| | Phase I Direct Examination<br>In Re Aldrich Pump, LLC et al. | | |
| FCR - D002 | Austin Critiques of Brattle Tort Liability Estimation | X | |
| ACC-D001 | Andrew J Sackett, J.D., Ph.D.<br>Legal Analysis Systems<br>Tort Liability Estimate for Mesothelioma Personal Injury Claims<br>In re Aldrich Pump, LLC et al<br>August 10, 2026 | X | |
| ACC-D002 | Ms Yvette R Austin<br>Compass Lexecon<br>IN re Aldrich Pump, LLC et al.<br>Case No. 20-30608 | X | |
| ACC-D002A | Ms Yvette R Austin<br>Compass Lexecon<br>IN re Aldrich Pump, LLC et al.<br>Case No. 20-30608 LMJ | X | |
| ACC- D003 | Official Committee of Asbestos Personal Injury Claimants:<br>Closing Arguments in Connection with Phase I Estimation Trial<br>IN re Aldrich Pump, LLC et al.<br>Case No. 20-30608 LMJ | X | |
| ACC EX | Curriculum Vitae of Andrew J Sackett, J.D., Ph.D ( Redacted from PEO Pursuant to Protective Order) | X | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Location:<br>Charlotte –<br>Potter Courtroom<br>LMJ | | | |