**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| ALDRICH PUMP LLC, *et al.*,[1] | Case No. 20-30608 (LMJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING UNSEALED COPY OF THE MOTION IN LIMINE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO EXLCUDE CERTAIN EXPERT TESTIMONY OF DAVID L. MCKNIGHT**

The Official Committee of Asbestos Personal Injury Claimants (the "Committee" or "ACC") of Aldrich Pump LLC and Murray Boiler LLC (the "Debtors"), by and through its undersigned counsel, hereby files this Notice (the "Notice") of filing unsealed copy of *Motion in Limine of the Official Committee of Asbestos Personal Injury Claimants to Exclude Certain Expert Testimony of David L. McKnight* [Dkt. No. 3190] (the "Motion in Limine"). In support of the Notice, the Committee respectfully states as follows:

1. On June 25, 2026, the Committee filed the Motion in Limine, and all exhibits thereto, under seal on the docket. Also on June 25, 2026, the Committee filed a *Motion to File Confidential Documents under Seal* (the "Motion to Seal") [Dkt. No. 3192] related to Motion in Limine.

2. Since the filing of the Motion in Limine, the parties have agreed that the Motion in Limine and the Exhibits thereto can be unsealed with certain Exhibits filed with redactions, in

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E Beaty Street, Davidson, North Carolina 28036.

accordance with the *Stipulated Order Regarding Confidentiality Issues for Phase I Estimation Trial* [Dkt. No. 3265] (the "Order") with the corresponding Motion to Seal withdrawn.

3. Accordingly, attached hereto as Exhibit A is an unsealed version of Motion in Limine and Exhibits thereto, with redactions in certain of the Exhibits.

*[Signatures appear on the following page]*

Dated: September 1, 2026

HAMILTON STEPHENS STEELE
+ MARTIN, PLLC

*/s/ Robert A. Cox, Jr.*
Glenn C. Thompson (Bar No. 37221)
Robert A. Cox, Jr. (Bar No. 21998)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
Email: gthompson@lawhssm.com
rcox@lawhssm.com

*Local Counsel to the Official Committee of Asbestos Personal Injury Claimants*

CAPLIN & DRYSDALE, CHARTERED
Kevin C. Maclay (admitted *pro hac vice*)
Todd E. Phillips (admitted *pro hac vice*)
James P. Wehner (admitted *pro hac vice*)
1200 New Hampshire Ave NW #800,
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
Email: kmaclay@capdale.com
tphillips@capdale.com
jwehner@capdale.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

ROBINSON & COLE LLP
Natalie D. Ramsey (admitted *pro hac vice*)
Davis Lee Wright (admitted *pro hac vice*)
Rachel Jaffe Mauceri (admitted *pro hac vice*)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
Email: nramsey@rc.com
dwright@rc.com
rmauceri@rc.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*