FILED & JUDGMENT ENTERED
Christine F. Ramsey

October 5 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Lena M James
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| Aldrich Pump LLC, et. al.,[1] | ) | Case No. 20-30608 |
| Debtors. | ) | (Jointly Administered) |

**ORDER SETTING STATUS CONFERENCE**

In accordance with the Court's *Order Commencing Phase I of the Estimation Trial with Hearings Based on the Tort System Extrapolation Method and the Parties' Expert Reports* [Dkt. No. 3011], the Court will hold a status conference on November 18, 2026 at 9:30 a.m. at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202.

**SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court

[1] The Debtors are the following entities (the last four digits of Debtors' taxpayer identification follow in parenthesis) Aldrich Pump LLC (2290) and Murray Boiler LLC (0679). The Debtors' address is 800-E. Beaty Street, Davidson, North Carolina 28036. Their cases are jointly administered and are herein treated as a single reorganization.